# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>Noticia Cooper Hicks v. Medtronic Co. CRD Legal Dept. | Case Number:<br>FILED: JULY 07, 2008<br>08CV3850<br>JUDGE GUZMAN<br>MAGISTRATE JUDGE COLE<br>RCC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Medtronic, Inc. (incorrectly sued as Medtronic Co. CRD Legal Dept.) (Defendant)

| |
|---|
| NAME (Type or print)<br>Catherine L. Doyle |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/  Catherine L. Doyle |
| FIRM<br>Mayer Brown LLP |
| STREET ADDRESS<br>71 South Wacker Drive |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6286063 | TELEPHONE NUMBER<br>312-701-7062 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐