IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NOTICIA C. HICKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | FILED: JULY 07, 2008 |
| ) | 08CV3850 |
| MEDTRONIC CO. CRD LEGAL ) | JUDGE GUZMAN |
| DEPARTMENT, ) | MAGISTRATE JUDGE COLE |
| ) | |
| Defendant. ) | RCC |

**DEFENDANT MEDTRONIC, INC.'S DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant Medtronic, Inc., incorrectly sued as Medtronic Co. CRD Legal Department, hereby demands a jury trial on all issues in the above-entitled matter.

DATED: July 7, 2008

Respectfully submitted,
MEDTRONIC, INC.,


By: _/s/ Daniel L. Ring_____
One of its Attorneys

Daniel L. Ring
Michael A. Olsen
Catherine L. Doyle
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
dring@mayerbrown.com
molsen@mayerbrown.com
cdoyle@mayerbrown.com
(312) 782-0600 (t)
(312) 701-7711 (f)

*Attorneys for Defendant
Medtronic, Inc.*

## CERTIFICATE OF SERVICE

I, Daniel L. Ring, an attorney, certify that I caused a copy of the attached Defendant, Medtronic, Inc.'s Demand for Jury Trial to be served by sending the same by certified mail, return receipt requested, postage prepaid, and by overnight mail on July 7, 2008, addressed to the following:

>Noticia Cooper Hicks
>216 Marquette Street
>Park Forest, Illinois 60466

/s/ Daniel L. Ring
Daniel L. Ring