IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NOTICIA C. HICKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | FILED: JULY 07, 2008 |
| | ) | 08CV3850 |
| MEDTRONIC CO. CRD LEGAL | ) | JUDGE GUZMAN |
| DEPARTMENT, | ) | MAGISTRATE JUDGE COLE |
| | ) | RCC |
| Defendant. | ) | |

**CERTIFICATE REQUIRED BY LOCAL RULE 3.2 OF THE
UNITED STATES DISTRICT COURT FOR THE
<u>NORTHERN DISTRICT OF ILLINOIS</u>**

I, the undersigned, counsel of record for Defendant Medtronic, Inc. ("Medtronic"), incorrectly sued as Medtronic Co. CRD Legal Department,[1] certify that Medtronic, Inc. is a publicly held company and has no corporate parent. No other publicly held company owns 10% or more of its stock.

These representations are made in order that judges of this Court may determine the need for recusal.

---

[1] The complaint names "Medtronic Co. CRD Legal Department" as Defendant. No such entity exists, but Medtronic assumes that the pro se Plaintiff was referring to the Cardiac Rhythm Disease Management Division ("CRDM Division")—an unincorporated business unit of Medtronic, Inc—and that Plaintiff intended to sue Medtronic, Inc. Indeed, the caption of pro se Plaintiff's alias summons names Medtronic, Inc.

DATED:  July 7, 2008

Respectfully submitted,
MEDTRONIC, INC.,


By: _/s/ Daniel L. Ring_____
One of its Attorneys

Daniel L. Ring
Michael A. Olsen
Catherine L. Doyle
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
dring@mayerbrown.com
molsen@mayerbrown.com
cdoyle@mayerbrown.com
(312) 782-0600 (t)
(312) 701-7711 (f)

*Attorneys for Defendant
Medtronic, Inc.*

2

## CERTIFICATE OF SERVICE

I, Daniel L. Ring, an attorney, certify that I caused a copy of the attached Defendant, Medtronic, Inc.'s Certificate Required by Local Rule 3.2 of the United States District Court for the Northern District of Illinois to be served by sending the same by certified mail, return receipt requested, postage prepaid, and by overnight mail on July 7, 2008, addressed to the following:

> Noticia Cooper Hicks
> 216 Marquette Street
> Park Forest, Illinois 60466

/s/ Daniel L. Ring_____
Daniel L. Ring