# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of   Case Number:

HICKS V MEDTRONIC CO.   08-cv-03850

   08cv3850

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

NOTICIA C. HICKS

---

NAME (Type or print) DAVID A. CULPEPPER

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/ David A. Culpepper

FIRM

STREET ADDRESS 77 WEST WASHINGTON STREET SUITE 1708

CITY/STATE/ZIP CHICAGO, ILLINOIS 60602

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 3121644 | TELEPHONE NUMBER (312) 939-0779

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                    APPOINTED COUNSEL

FILED
Aug 12, 2008
AUG 12 2008   RC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT